**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA and COMMODITY FUTURES TRADING COMMISSION, <br><br>              Plaintiffs, <br><br>              v. <br><br> STATE OF MINNESOTA; TIM WALZ, in his official capacity as Governor of Minnesota; KEITH ELLISON, in his official capacity as Attorney General of Minnesota; MINNESOTA DEPARTMENT OF PUBLIC SAFETY; JON ANGLIN, in his official capacity as Director of the Minnesota Department of Public Safety, Alcohol and Gambling Enforcement Division, <br><br>              Defendants. | Case No. 0:26-cv-2661 <br><br> **EXPEDITED HANDLING REQUESTED** |

**PLAINTIFFS' AMENDED MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65(a) and Local Rule 7.1(d), Plaintiffs the United States of America and Commodity Futures Trading Commission hereby file an amended motion for a preliminary injunction. This motion is based on the accompanying memorandum and the entire record of proceedings in this case. This Court should grant Plaintiffs' motion and enter the proposed order, which would enjoin Defendants from enforcing Article 6 of SF 3432 (Minn. Stat. § 609.7615 in its entirety and the amendments to Minn. Stat. § 299L.03(12)(a)–(b) and Minn. Stat. § 609.75(3)(2)).  Plaintiffs respectfully request expedited handling of this motion.

1

Dated: May 28, 2026

Respectfully submitted,

By: */s/ Henry J. Dickman*
Henry J. Dickman
Senior Assistant General Counsel
U.S. Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, N.W.
Washington, DC 20581
Tel. (202) 418-5607
hdickman@cftc.gov

*Attorneys for the United States of America*

*Attorneys for the Commodity Futures Trading Commission*

PERRY SEKUS
Assistant U.S. Attorney
U.S. Attorney's Office for the
District of Minnesota, Civil Division
300 S. 4th Street, Suite 600
Minneapolis, MN 55415
Tel. 612-664-5600
perry.sekus@usdoj.gov

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant
Attorney General

TIBERIUS DAVIS
Counsel to the Assistant Attorney General
450 5th Street, N.W.
Washington, DC 20001
Tel. 202-860-8970
tiberius.davis@usdoj.gov

TYLER S. BADGLEY
    General Counsel
M. JORDAN MINOT
    Deputy General Counsel
    (*pro hac vice*)
HENRY J. DICKMAN
    Senior Assistant General Counsel
    (*pro hac vice*)
ANNE STUKES
    Senior Assistant General Counsel
    (*pro hac vice*)
CARLIN METZGER
    Senior Assistant General Counsel
    (*pro hac vice*)
ANDREW J. WEISBERG
    Senior Assistant General Counsel
    (*pro hac vice*)

U.S. Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, N.W.
Washington, DC 20581
Tel. (202) 209-1087

2

ALEXANDRA McTAGUE SCHULTE
Senior Litigation Counsel
Tel. 202-718-0483
alexandra.schulte@usdoj.gov

tbadgley@cftc.gov
jminot@cftc.gov
hdickman@cftc.gov
astukes@cftc.gov
cmetzger@cftc.gov
aweisberg@cftc.gov