# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| THE UNITED STATES OF AMERICA and COMMODITY FUTURES TRADING COMMISSION, | Case No. 26-cv-2661 (LMP/DTS) |
| Plaintiffs, | |
| v. | **ORDER OF RECUSAL** |
| STATE OF MINNESOTA; TIM WALZ, *in his official capacity as Governor of Minnesota*; KEITH ELLISON, *in his official capacity as Attorney General of Minnesota*; MINNESOTA DEPARTMENT OF PUBLIC SAFETY; and JON ANGLIN, *in his official capacity as Director of the Minnesota Department of Public Safety, Alcohol and Gambling Enforcement Division*, | |
| Defendants. | |

Pursuant to the provisions of 28 U.S.C. § 455(a) and (b)(4)–(5), the undersigned hereby recuses in this matter.

Dated: May 29, 2026

*s/ Laura M. Provinzino*
Laura M. Provinzino
United States District Judge