# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| THE UNITED STATES OF AMERICA and COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF MINNESOTA, *et. al.,*<br><br>Defendants. | Case No.: 26-cv-02661 (KMM/DTS) |
| KALSHIEX LLC d/b/a KALSHI,<br><br>Plaintiffs,<br><br>v.<br><br>KEITH ELLISON, *et. al.,* | Case No.: 26-cv-02778 (KMM/DTS) |
| QCX LLC d/b/a/ POLYMARKET US,<br><br>Plaintiffs,<br><br>v.<br><br>KEITH ELLISON, *et. al.,* | Case No.: 26-cv-02841 (KMM/DTS) |

**ORDER GRANTING UNOPPOSED MOTION TO ENLARGE WORD LIMIT**

This matter comes before the Court on Defendants' Unopposed Motion to Enlarge the Word Limit for State Defendants' response to Plaintiffs motions for preliminary injunction. Based upon that motion, and for good cause shown, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion is **GRANTED**.

2. Defendants shall have a total word limit of 15,000 words for their consolidated response to Plaintiffs' motions for preliminary injunction.

IT IS SO ORDERED.

Dated: June 17, 2026

_s/Katherine M. Menendez_
Katherine M. Menendez
United States District Judge