

**U.S. COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, NW, Washington, DC 20581
Telephone: (202) 418-5000
*www.cftc.gov*

**Office of the
General Counsel**
Henry J. Dickman
Senior Assistant General Counsel
hdickman@cftc.gov
(202) 418-5607

July 24, 2026

<u>**Via ECF**</u>
The Hon. Katherine M. Menendez
United States District Court for the District of Minnesota
United States District Court
300 South Fourth Street
Minneapolis, MN  55415

> ***Re:***   *United States, et al. v. State of Minnesota, et al.* (0:26-cv-2661)

Dear Judge Menendez:

Plaintiff the Commodity Futures Trading Commission writes in regard to its pending Amended Motion for a Preliminary Injunction (Dkt. No. 24, filed May 28, 2026).  The Motion requests that the Court enjoin the State of Minnesota and its officers from enforcing SF 3432, Article 6 during the pendency of this case and thereby preserve the status quo.

The challenged law is set to go into effect on August 1, 2026.  *See* SF 3432, Art. 6, Effective Date.  To provide time for regulated parties and their federal regulator to adapt to the law and to allow opportunity for any appeal to the U.S. Court of Appeals for the Eighth Circuit, the CFTC's Motion respectfully requested that the Court issue a decision by Friday, July 17.  *See* Dkt. No. 25 at 11.  At the hearing held on July 2, the Court declined to promise a decision by any particular date but acknowledged the need for an expeditious ruling.  Hearing Tr. 87:7-9.  Subsequently, the CFTC conferred with the State about the potential for a stay of enforcement, which would allow more time for this Court to issue a ruling and would avert any emergency motions practice before the Eighth Circuit.  The State, however, declined to stipulate to a stay.

The CFTC appreciates the Court's careful consideration of the complex issues raised in this case, and would welcome a temporary stay of the challenged law pending the Court's decision to allow the Court additional time to consider the Motion.  *See Missouri v. Biden*, 2024 WL 3462265, at *1 (8th Cir. July 18, 2024) (entering administrative stay of challenged law to consider motion for injunction pending appeal).  In that event, the Commission would respectfully request that the Court specify that the stay extends at least two weeks after any order denying a preliminary injunction, to allow time to seek interim relief from the Eighth Circuit.

With the August 1 effective date just a week away, it is essential for the CFTC, regulated entities, and market participants to have resolution.  Absent a decision or a temporary stay by close of business on Tuesday, July 28, the CFTC will view its Motion as constructively denied.  The Commission is confident in the success of its Motion and thus hopes to avoid this scenario, but this would allow the Commission to seek interim appellate relief.

The Commission has conferred with counsel for KalshiEX and Polymarket US and can represent that they join its request for a temporary administrative stay of the challenged law pending the Court's decision on their preliminary-injunction motions and will likewise view their motions as constructively denied, and seek appellate relief, absent a decision or temporary stay in the same timeframe.

We thank the Court for its attention to this matter.

Sincerely,

*/s/ Henry J. Dickman*
Henry J. Dickman
Senior Assistant General Counsel
Office of the General Counsel

Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st St., N.W.
Washington, D.C. 20581
Tel: (202) 418-5607
hdickman@cftc.gov