**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

The United States of America, et al.

Plaintiffs,

v.

State of Minnesota, et al.,

Defendants.

Case No. 26-cv-2661 (KMM/DTS)

**ORDER**

---

KalshiEX LLC,

Plaintiff,

v.

Keith Ellison, et al.,

Defendants.

Case No. 26-cv-2778 (KMM/DTS)

---

QCX LLC,

Plaintiff,

v.

Keith Ellison, et al.,

Defendants.

Case No. 26-cv-2841 (KMM/DTS)

---

As stated during the parties' pretrial conference on October 15, 2026,

**IT IS HEREBY ORDERED:**

1. By October 29, 2026, Defendant shall file an affirmative discovery plan, identifying:
   - The ultimate issue of fact(s) to which the State seeks discovery (for example, whether an event contract is a swap)

- The categories of information they will seek to discover relative to those ultimate fact issues;
- The parties from whom they will seek this information; and
- The form in which they will seek this information.

2. On or before November 12, 2026, plaintiff shall serve their objections to the Defendants' discovery plan, indicating (briefly) the basis for objection to a particular category.
3. Upon receipt of the above-referenced documents the court will consider and issue its Rule 16 scheduling order regarding the scope and timing of discovery, if any.

Dated: October 19, 2026

s/ David T. Schultz
DAVID T. SCHULTZ
United States Magistrate Judge